884 F.2d 580
 Peters (James Allen), Reneer (John), Vaughn (John), Corbett
(James), Rafferty (Martha), Miller (Lanny)
v.
Wilkinson (Wallace), Wigginton (John), Lovelace (David),
Lewis (Mimi), Haney (Donald, Dr.), John Doe,
Seabold (William), Cowan (Fred), Knicely
(Carroll), Combs (G.), Jones
(James H.), Hudson (June)
 NOS. 89-5048, 89-5432
 United States Court of Appeals,
Sixth Circuit.
 AUG 24, 1989
 
 1
 Appeal From: E.D.Ky.
 
 
 2
 AFFIRMED.